JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PHILLIP OSTER,<br><br>    Petitioner-Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.  SA CV 25-2570 PA<br>       SA CR 21-147 PA<br><br>JUDGMENT |

Pursuant to the Court's November 26, 2025 Order in Case No. SA CR 21-147 PA, and the December 10, 2025 Order in Case No. SA CV 25-2570 PA, denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 ("Motion to Vacate") filed by Petitioner and Defendant Mark Phillip Oster,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the petition dismissed without prejudice.

DATED: December 10, 2025

                                             Percy Anderson
                          UNITED STATES DISTRICT JUDGE